**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| XANZA CUMAR CABEY,<br><br>*Petitioner*,<br><br>vs.<br><br>KEVIN RAYCRAFT, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, *et al.*,<br><br>*Respondents*. | Case No. 1:26-cv-821<br><br>Judge Jeffery P. Hopkins |

## SCHEDULING ORDER

The Court previously ordered the parties to confer and propose a case schedule. Doc. 3. Based on that joint proposal (Doc. 6), the Court sets the following schedule:

**PERTINENT SETTINGS**

- Respondents' Return of Writ due: **September 4, 2026**
- Petitioner's Reply due: **September 18, 2026**

**IT IS SO ORDERED.**

August 24, 2026

Jeffery P. Hopkins
United States District Judge